THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI J. NAINI, M.D., | CASE NO. C19-0886-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY HOSPITAL DISTRICT NO. 2, d/b/a EVERGREEN HOSPITAL MEDICAL CENTER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for expert discovery schedule (Dkt. No. 33). The motion is GRANTED. The Court ORDERS the following:

1. Disclosures of expert testimony, including written reports, must be made by September 23, 2019;
2. Evidence intended solely to contradict or rebut expert evidence on the same subject matter identified by another party must be made by October 18, 2019;
3. The expert discovery cutoff is November 1, 2019; and
4. The fact discovery cutoff remains September 23, 2019.

1 DATED this 12th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0886-JCC
PAGE - 2