THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI J. NAINI, M.D., | CASE NO. C19-0886-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY HOSPITAL DISTRICT NO. 2, d/b/a EVERGREEN HOSPITAL MEDICAL CENTER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding the production of certain medical records (Dkt. No. 35). The motion is GRANTED. The parties may produce medical records requested in discovery for: (1) patients whose care and treatment from Plaintiff was reviewed as part of Plaintiff's peer review and/or quality improvement activities at EvergreenHealth; or (2) patients who provided, or whose family members or surrogate decisionmakers provided, declarations in this action (or the underlying state court matter) regarding health care the patient received from Plaintiff. Nothing in this order limits the parties' obligations as set forth in the stipulated protective order. (*See* Dkt. No. 31.)

MINUTE ORDER
C19-0886-JCC
PAGE - 1

DATED this 13th day of August 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk