THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI J. NAINI, | CASE NO. C19-0886-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY HOSPITAL DISTRICT NO. 2 *et al.*, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On October 18, 2019, the Court issued an order (Dkt. No. 79) granting in part and denying in part Defendants' partial motion to dismiss (Dkt. No. 32). In doing so, the Court gave Plaintiff leave to amend his complaint. (*See* Dkt. No. 79 at 14, 17.) The Court typically gives parties 21 days to amend a complaint. However, the Court's order did not include a deadline for when Plaintiff must amend his complaint. Accordingly, the Court ORDERS that Plaintiff must amend his complaint within 21 days of this minute order.

//

//

//

1       DATED this 23rd day of October 2019.

                                      <u>William M. McCool</u>
                                      Clerk of Court

                                      <u>s/Tomas Hernandez</u>
                                      Deputy Clerk