THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI J. NAINI, | CASE NO. 19-cv-00886-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a EVERGREEN HOSPITAL MEDICAL CENTER *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the motion for a temporary restraining order and to vacate a preliminary injunction (Dkt. No. 86) filed by King County Public Hospital District No. 2 ("Evergreen"). Plaintiff has filed a notice of intent to file an opposition to Evergreen's motion. (Dkt. No. 89.) Based on Plaintiff's representation that he "will not be seeing patients at Evergreen," (*see id.* at 1), the Court GRANTS Plaintiff leave to file a brief opposing Evergreen's motion. Pursuant to Local Rule 65(b)(5)(2), Plaintiff must submit his opposition brief by Friday November 8, 2019, at 10:40 p.m.

//

//

MINUTE ORDER
19cv886-JCC
PAGE - 1

DATED this 7th day of November 2019.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk

MINUTE ORDER
19cv886-JCC
PAGE - 2