THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALI J. NAINI, | CASE NO. C19-0886-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY HOSPITAL DISTRICT NO. 2 d/b/a EVERGREEN HOSPITAL MEDICAL CENTER *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for a temporary restraining order (Dkt. No. 111). Defendants have filed a notice of intent to file an opposition to Plaintiff's motion. (Dkt. No. 116.) The Court GRANTS Defendants leave to file an opposition because Defendants will not file a report about Plaintiff to the National Practitioner Data Bank until December 22, 2019. (*See* Dkt. No. 114-4 at 4.) Pursuant to Local Civil Rule 65(b)(5)(2), Defendants must submit their opposition brief by December 19, 2019, at 6:22 p.m.

//

//

//

MINUTE ORDER
C19-0886-JCC
PAGE - 1

1       DATED this 18th day of December 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk