UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI J. NAINI, | CASE NO. C19-0886-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a EVERGREEN MEDICAL CENTER *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Due to a calendar conflict with the Court, the Court hereby ORDERS that the trial is continued to January 30, 2020, at 9:30 a.m. All other deadlines remain the same.

DATED this 20th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
