1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| ALI J. NAINI, | CASE NO. C19-0886-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY HOSPITAL DISTRICT NO. 2 d/b/a EVERGREEN HOSPITAL MEDICAL CENTER *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court hereby VACATES the trial date of February 3, 2019, pending resolution of Defendants' motion for a stay of proceedings (Dkt. No. 128). The Court will address Defendants' motion promptly.

DATED this 28th day of January 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0886-JCC
PAGE - 1