THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALI J. NAINI, | CASE NO. C19-0886-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 2 d/b/a EVERGREEN HOSPITAL MEDICAL CENTER *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' supplemental memorandum in support of their motion for partial summary judgment (Dkt. No. 166). The Court will consider the issues raised in Defendants' supplemental memorandum notwithstanding the Court's recent order staying most of the proceedings in this case. (*See* Dkt. No. 171 at 6.) The Court hereby ORDERS the parties to adhere to the following briefing schedule:

1. Plaintiff must file any opposition papers to Defendants' supplemental memorandum by February 17, 2020;

2. Defendants must file any reply papers by February 21, 2020;

3. The clerk is DIRECTED to note Defendants' supplemental memorandum for the

MINUTE ORDER
C19-0886-JCC
PAGE - 1

Court's consideration on February 21, 2020.

DATED this 30th day of January 2020.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk