THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI J. NAINI,<br><br>            Plaintiff,<br>    v.<br><br>KING COUNTY HOSPITAL DISTRICT NO. 2 d/b/a EVERGREEN HOSPITAL MEDICAL CENTER *et al.*,<br><br>            Defendants. | CASE NO. C19-0866-JCC<br><br>MINUTE ORDER |

      The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' notice of settlement (Dkt. No. 184). On May 22, 2020, the parties notified the Court that they had resolved all claims against all parties in this action. (*Id.* at 1.) The parties further stated that they would file a stipulated motion to dismiss within 10 business days. (*Id.*) The Court has yet to receive the stipulated motion to dismiss. The Court hereby ORDERS the parties to file either a stipulated motion to dismiss or a joint status report regarding their settlement discussions within 14 days of the date of this order. In the meantime, the Clerk is DIRECTED to statistically close this case and to TERMINATE all pending motions.

      //

DATED this 24th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk