THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

ALI J. NAINI,

CASE NO. C19-0886-JCC

10

Plaintiff,

MINUTE ORDER

11

v.

12

KING COUNTY HOSPITAL DISTRICT NO. 2,
*et al.*,

13

14

Defendants.

15
16
17

The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

18
19
20
21
22
23
24
25
26

This matter comes before the Court on the parties' stipulated notice of dismissal (Dkt.

No. 187). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss

an action without a court order by filing . . . a stipulation of dismissal signed by all parties who

have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed

with their stipulation. The parties have stipulated to dismissing all claims with prejudice, and the

stipulation is signed by all parties who have appeared. (*See* Dkt. No. 187.) Thus, under Federal

Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing. All claims in this action

are DISMISSED with prejudice and without costs to any party, with each party to bear its own

attorney fees and other litigation expenses. The Clerk is directed to CLOSE this case.

MINUTE ORDER
C19-0886-JCC
PAGE - 1

1       DATED this 4th day of December 2020.

2

                        William M. McCool
3                         Clerk of Court

4                         s/Paula McNabb
                        Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C19-0886-JCC
PAGE - 2